# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  WILLIAM J. PELUSE & JENNIFER A. PELUSE          Case Number: 06-71022
225 S. SYCAMORE STREET              SSN-xxx-xx-7101 & xxx-xx-5379
SOMONAUK, IL  60552

Case filed on:  6/15/2006
Plan Confirmed on:  9/29/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $30,539.83          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | DEER & STONE, P.C. | 2,500.00 | 2,500.00 | 1,500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 1,500.00 | 0.00 |
| 014 | LARSSON & NIERLING | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | WILLIAM J. PELUSE | 0.00 | 0.00 | 309.23 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 309.23 | 0.00 |
| 001 | EMC MORTGAGE | 170,834.18 | 0.00 | 0.00 | 0.00 |
| 002 | EMC MORTGAGE CORPORATION | 16,644.99 | 8,158.17 | 8,158.17 | 0.00 |
| 003 | FORD MOTOR CREDIT CORP | 20,755.08 | 20,755.08 | 12,630.30 | 4,222.31 |
| 005 | OCWEN LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | OCWEN LOAN SERVICING LLC | 2,688.94 | 2,688.94 | 1,769.77 | 0.00 |
|  | Total Secured | 210,923.19 | 31,602.19 | 22,558.24 | 4,222.31 |
| 004 | FORD CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CITY OF CHICAGO DEPARTMENT OF REVENUE | 370.00 | 370.00 | 0.00 | 0.00 |
| 008 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DEPENDON COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | H & R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PORTFOLIO RECOVERY ASSOCIATES | 1,167.67 | 1,167.67 | 0.00 | 0.00 |
| 013 | ISLAND NATIONAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NICOR GAS | 2,488.36 | 2,488.36 | 0.00 | 0.00 |
| 017 | PRO COM SERVICES | 226.16 | 226.16 | 0.00 | 0.00 |
| 018 | AFNI/VERIZON | 826.12 | 826.12 | 0.00 | 0.00 |
| 019 | CAPITAL ONE | 1,161.69 | 1,161.69 | 0.00 | 0.00 |
| 020 | ASSET ACCEPTANCE CORP | 1,521.39 | 1,521.39 | 0.00 | 0.00 |
| 021 | ROUNDUP FUNDING LLC | 655.31 | 655.31 | 0.00 | 0.00 |
| 022 | B-REAL LLC | 2,452.09 | 2,452.09 | 0.00 | 0.00 |
|  | Total Unsecured | 10,868.79 | 10,868.79 | 0.00 | 0.00 |
|  | Grand Total: | 224,291.98 | 44,970.98 | 24,367.47 | 4,222.31 |

Total Paid Claimant:     $28,589.78
Trustee Allowance:       $1,950.05           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.00          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008          By  /s/Heather M. Fagan